**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Criminal No. 05-CR-443-11** |
| **v.** | : | |
| | : | **(Chief Judge Kane)** |
| **ROBERT SCOTT, SR.,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

     **AND NOW**, this 26th day of July, 2007, upon consideration of Defendant Robert Scott,

Sr.'s, motion requesting that the Court order that he be transferred from the Adams County

Prison to another prison facility closer in proximity to his counsel's office in Williamsport,

Pennsylvania (Doc. No. 679); and the Court having been advised that Defendant has since been

transferred to the Clinton County Prison; and it therefore appearing that the relief requested in

the motion has occurred; **IT IS HEREBY ORDERED THAT** the motion is **DENIED** as moot.


    S/ Yvette Kane
    Yvette Kane, Chief Judge
    United States District Court
    Middle District of Pennsylvania